**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | ) | **MDL NO: 16-md-02738-MAS-RLS** |
| **This Document Relates to:** | ) | **Civil Case No: 3:17-cv-01118-MAS-RLS** |
| **Hyche v. Johnson & Johnson Company, et al.** | ) | |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Federal Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel gives notice to this Honorable Court of the death of the Plaintiff, Betty Hyche, who died on or about May 28, 2017.

Counsel respectfully informs this Court that an Amended Complaint and supporting documentation pursuant to Case Management Orders 9 and 10 will be forthcoming.

Dated: February 26, 2024______________

Respectfully Submitted,

/s/Michael J. Sobieray

Michael J. Sobieray #18894-41
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999
Fax: (888) 686-6977
Mike@getstewart.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, a copy of the foregoing NOTICE AND SUGGESTION OF DEATH was filed electronically using the Court's CM/ECF electronic filing system. Notice of this filing will be served on all parties of record by operation of the ECF. Parties may access this filing through the ECF system.

/s/Michael J. Sobieray
Michael J. Sobieray #18894-41
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
Phone: (317) 846-8999
Fax: (888) 686-6977
Mike@getstewart.com